FILED by KS D.C.

Feb 16, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **22-60023-CR-DIMITROULEAS/SNOW**

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA,

vs.

GREGORY MEDY,

    Defendant.
_____/

## INDICTMENT

### COUNT 1
(Access Device Fraud - 18 U.S.C. § 1029(a)(3))

On or about November 5, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**GREGORY MEDY,**

did knowingly and with intent to defraud, possess fifteen or more unauthorized access devices, that is, credit card, debit card, and social security numbers, affecting interstate commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

### COUNT 2
(Aggravated Identity Theft - 18 U.S.C. § 1028A(a)(1))

On or about November 5, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**GREGORY MEDY,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, possession of fifteen or more unauthorized access devices, as charged in Count 1 of this Indictment, did knowingly transfer and possess, without lawful authority, a means of identification of another person, that is, the Discover credit account number ending in 6517, belonging to P.G., in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## **FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **GREGORY MEDY**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant shall forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

_____
FOREPERSON

*Thomas J. Mulvihill for*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*(Trevor Jones) for*
CHRISTOPHER A. McCLENIC
SPECIAL ASSISTANT U.S ATTORNEY

_____
TREVOR C. JONES
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

GREGORY MEDY

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [✓] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect **English**
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days        [✓]
   - II  6 to 10 days       [ ]
   - III 11 to 20 days      [ ]
   - IV  21 to 60 days      [ ]
   - V   61 days and over   [ ]

   (Check only one)
   - Petty         [ ]
   - Minor         [ ]
   - Misdemeanor   [ ]
   - Felony        [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **Yes**

_____/s/ en (Trev Jms) for_____
CHRISTOPHER A. McCLENIC
Special Assistant United States Attorney
Court ID No.     A5502599

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** GREGORY MEDY          **Case No:** _____

Count: 1

Possession of fifteen or more unauthorized access devices

18 U.S.C. § 1029(a)(3)

**\* Max. Penalty:** Ten (10) years' imprisonment; three (3) years' supervised release; $250,000 fine.

Count: 2

Aggravated identity theft

18 U.S.C. § 1028A(a)(1)

**\*Max. Penalty:** Mandatory minimum two (2) years' imprisonment consecutive to any other term of imprisonment; one (1) year supervised release; $250,000 fine.

Count:

**\*Max. Penalty:**

Count:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.